IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CSC, a minor, by his parents and
next friends, PATOYA BRYANT and
SEAN COBBS, and PATOYA BRYANT,
and SEAN COBBS, indvidually,

Plaintiffs,

v.

UNITED STATES OF AMERICA,
et al.,

Defendants.                                                No. 10-0910-DRH

## ORDER

**HERNDON, Chief Judge:**

Pending before the Court is a stipulated motion to dismiss with prejudice (Doc. 56). Specifically, plaintiffs and defendants Erin M. Shaw and Angela L Boatright move the Court to dismiss with prejudice plaintiffs' claims. Said motion is **GRANTED**. The Court **DISMISSES with prejudice** plaintiffs' cause of action against defendants Erin M. Shaw and Angela L. Boatright. Further, the Court **DIRECTS** the Clerk of the Court to enter judgment reflecting the same at the conclusion of the case.

**IT IS SO ORDERED.**

Signed this 28th day of June, 2012.

Digitally signed by
David R. Herndon
Date: 2012.06.28
10:13:04 -05'00'

Chief Judge
United States District Court