IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CSC, a minor, by his parents and
next friends, PATOYA BRYANT and
SEAN COBBS, and PATOYA BRYANT,
and SEAN COBBS, individually,

Plaintiffs,

v.

UNITED STATES OF AMERICA,
et al.,

Defendants.

No. 10-0910-DRH

## ORDER

**HERNDON, Chief Judge:**

Pending before the Court is plaintiffs' motion to approve withdrawal of settlement funds for caretaking expenses and expenses of daily living (Doc. 70). The government does not oppose. The Court **GRANTS** the motion. The Court **ALLOWS** Baizer Kolar & Lewis, P.C., to pay Patoya Bryant from the client trust account $2,400.00 each month for the period April 2013 through December 2013.

**IT IS SO ORDERED.**

Signed this 9th day of April, 2013.

Digitally signed by
David R. Herndon
Date: 2013.04.09
16:10:14 -05'00'

Chief Judge
United States District Court

1