UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**CSC,** *a minor, by his parents and next friends*, **PATOYA BRYANT and SEAN COBBS, and PATOYA BRYANT and SEAN COBBS,** *individually,*

       **Plaintiffs,**

v.

**USA, et al,**

       **Defendants.**                  **Case No. 10-cv-910-DRH**

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on a bench trial that was completed on July 29, 2013.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on December 20, 2013 (Doc. 107), Court finds in favor of Plaintiffs and against defendant, United States of America. The Court awards Sean Cobbs a total of $28,014,248 and a total of $150,000 to Sean Cobbs, Sr. and Patoya Bryant, as parents. Such sums are after the set off for the previously approved settlement. Pursuant to Orders entered on June 28, 2012 (Doc. 57), July 9, 2012 (Doc. 61) and December 20, 2013 (Doc. 107), judgment is entered. Clerk to close file.

                                    **NANCY J. ROSENSTENGEL,**
                                    **CLERK OF COURT**

                        **BY:**   **/s/*Sara Jennings***
                                    **Deputy Clerk**

Dated: December 23, 2013

Digitally signed by David R. Herndon
Date: 2013.12.23 09:12:35 -06'00'

APPROVED:
          CHIEF JUDGE
          U. S. DISTRICT COURT