IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CSC, a minor, by his parents and
next friends, PATOYA BRYANT and
SEAN COBBS, and PATOYA BRYANT,
and SEAN COBBS, individually,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.                                                     No. 10-0910-DRH

ORDER

HERNDON, Chief Judge:

Pending before the Court is plaintiffs' and Baizer Kolar & Lewis, P.C.'s motion to approve attorneys' fees of 25% (Doc. 109). Specifically, plaintiffs' attorneys ask the Court to approve attorneys' fees in the amount of 25% of the Judgment. The government filed a response stating that it "does not object to plaintiffs receiving attorneys' fees of 25%." (Doc. 113). Based on the reasons stated in plaintiffs' motion, the Court **GRANTS** the motion. The Court **APPROVES** attorneys' fees in the amount of 25% of the Judgment entered in this

case.

**IT IS SO ORDERED.**

Signed this 8th day of January, 2014.

David R. Herndon
2014.01.08
21:27:31 -06'00'

**Chief Judge**
**United States District Court**